AIKEN SCHENK HAWKINS & RICCIARDI P.C.
4742 North 24th Street, Suite 100
Phoenix, Arizona 85016-4859
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
D. Lamar Hawkins – 013251
Philip R. Rupprecht - 009288
Christopher R. Chicoine – 025260
E-Mail: dlh@ashrlaw.com
E-Mail: prr@ashrlaw.com
E-Mail: crc@ashrlaw.com
Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | Chapter 11 Proceedings |
|---|---|
| KELLY JAMES McINROY, | Case No. 2:10-bk-21290-GBN |
| Debtor. | |
| Address: 5328 N. 42nd Pl. Phoenix, AZ 85018 | NOTICE OF HEARING |
| Soc.Sec.No.: xxx-xx-9340 | |

**NOTICE IS HEREBY GIVEN** that Kelly J. McInroy (the "Debtor") has filed a Motion for Authorization to Use Cash Collateral (the "Motion"). By his Motion the Debtor seeks the entry of an order pursuant to Bankruptcy Code section 363 and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure authorizing the use of cash collateral on an interim and final basis. The Debtor owns two rental properties located at 29585 North 68th Dr., Peoria, Maricopa County, Arizona 85383 and 6605 North 93rd Ave., Unit 1056, Glendale, Maricopa County, Arizona 85305 (the "Rental Properties). The Debtor requests court approval to retain the rents generated from the Rental Properties in order to fund their operating expenses. The Debtor will allocate the cash derived from the Rental Properties pursuant to itemized net profit/loss statements (the "Operating Budgets") attached to the Motion as Exhibit A. The Operating Budgets clearly show that every dollar of rent will be spent on necessary operating expenses and/or debt servicing. The Debtor will use the rents to pay all operating expenses first and thereafter hold the balance in the debtor-in-possession account until the Debtor can resolve the treatment of the secured creditors by stipulation or other court order.

A hearing regarding the Motion will be held before the Honorable George B. Nielsen, Jr. on the 21st day of September, 2010, at 10:30 a.m. in Courtroom 702, 7th Floor, United Statement Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona.

Any objections to the Debtor's Motion shall be filed seven (7) days prior to the hearing, with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Phoenix, Arizona 85003, and a copy served on Debtor's counsel as follows:

>D. Lamar Hawkins
>AIKEN SCHENK HAWKINS & RICCIARDI P.C.
>4742 North 24th St., Suite 100
>Phoenix, AZ 85016

DATED this ____ day of August, 2010.

>AIKEN SCHENK HAWKINS & RICCIARDI P.C.
>
>By _____
>D. Lamar Hawkins
>Christopher R. Chicoine
>4742 North 24th Street, Suite 100
>Phoenix, Arizona 85016-4859
>Attorneys for Debtor

S:\McInroy.K\20106001\Pleadings\NOH.doc