# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | KELLY JAMES McINROY |
| **Case Number:** | 2:10-bk-21290-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 21, 2010 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

HEARING RE: Motion to Approve Use of Cash Collateral

**R / M #:**   33 / 0

## Appearances:

D. LAMAR HAWKINS, ATTORNEY FOR KELLY JAMES MCINROY

## Proceedings:

THE COURT STATES THAT IT IS NOT AWARE OF ANY OBJECTIONS.

MR. HAWKINS REPORTS THAT THE BALANCE WILL BE SEGREGATED IN A CASH COLLATERAL ACCOUNT. APPROVAL IS SOUGHT, SUBJECT TO NOTICE.

THE COURT: AN UPLOADED ORDER WILL BE SIGNED. COUNSEL MAY USE TWENTY DAY NEGATIVE NOTICE